

**United States District Court
Southern District of Ohio
Western Division**

Debbie McKinney-Redman,
    Plaintiff

vs.

Aurora Loan Services,
    Defendant

No. C-1-01-454

Weber, J.

**ORDER CONTINUING
FINAL PRETRIAL AND TRIAL
DATES**

    The above matter was scheduled for a Final Pretrial Conference on October 17, 2003 at 3:00 p.m. At the request of all counsel and with the consent of the Court, the final pretrial and trial dates are CONTINUED in order for the parties to participate in a mediation process.

    The parties are ORDERED to file a status report by November 24, 2003 with Magistrate Judge Timothy Hogan, who will conduct all further proceedings in this case. If this matter has not been amicably resolved through mediation by that date, the final pretrial and trial dates will be rescheduled on the docket of Magistrate Judge Hogan.

    The Clerk is directed to assign this case to the docket of Magistrate Judge Hogan and to direct this case to the Court's Mediation Panel.

                                  s/Susan M. Novotny
                                  Susan M. Novotny
                                  United States Magistrate Judge