*[Filed stamp: KENNETH J. MURPHY CLERK, 03 NOV -6 AM 9:49]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Debbie McKinney-Redmon, | ) Civil Action No: C-1-01-454 |
| Plaintiff, | ) |
| v. | ) **MOTION FOR SUBSTITUTION OF** |
| | ) **COUNSEL** |
| Aurora Loan Services, | ) |
| Defendant. | ) |

Defendant, Aurora Loan Services, pursuant to Local Civil Rule 83.4, moves the Court for an Order allowing Jeffrey T. Kalniz of Reimer & Lorber Co., L.P.A. to be substituted as its trial attorney in the place of Frank J. Veneziano. In support of this Motion, Defendant states that it desires to have Jeffrey T. Kalniz undertake its representation in the within matter, and that no party will be prejudiced if this Motion is granted.

_____
Jeffrey T. Kalniz (0067213)
Reimer & Lorber Co., L.P.A.
2450 Edison Blvd.
P.O. Box 968
Twinsburg, OH 44087
Phone: (330) 425-4201
Fax: (330) 487-0923
jkalniz@reimerlaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent by regular U.S. Mail on __11/5/07__ to the following:

Timothy J. Deardorff
2190 Victory Parkway
Cincinnati, OH 45206

Frank J. Veneziano (0030993)
Weltman, Weinberg & Reis Co., L.P.A.
525 Vine Street, Suite 1020
Cincinnati, OH 4520
(513) 723-2200
Fax (513) 723-2239
fveneziano@weltman.com

Jeffrey T. Kalniz (0067213)
Reimer & Lorber Co., L.P.A.
2450 Edison Blvd.
P.O. Box 968
Twinsburg, OH 44087
Phone: (330) 425-4201
Fax: (330) 487-0923
jkalniz@reimerlaw.com