IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Debbie McKinney-Redmon, | ) Civil Action No: C-1-01-454 |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING DEFENDANT'S** |
| | ) **MOTION FOR SUBSTITUTION OF** |
| Aurora Loan Services, | ) **COUNSEL** |
| Defendant. | ) |

This matter came before the Court on Defendant's Motion for Substitution of Counsel. Upon good cause, the Court finds Defendant's Motion to be well taken and the same is hereby granted.

Jeffrey T. Kalniz, Reimer & Lorber Co., L.P.A., 2450 Edison Blvd., Twinsburg, OH 44087 is hereby substituted as trial attorney for Defendant, Aurora Loan Services, and the Clerk of Courts shall revise its records accordingly.

**IT IS SO ORDERED.**

_____
Judge

Submitted by,

_____
Jeffrey T. Kalniz (0067213)
Reimer & Lorber Co., L.P.A.
2450 Edison Blvd.
P.O. Box 968
Twinsburg, OH 44087
Phone: (330) 425-4201
Fax: (330) 487-0923
jkalniz@reimerlaw.com