FILED
JAMES BONINI
CLERK

**United States District Court
Southern District of Ohio
Western Division**

03 DEC 15 AM 9: 36

Debbie McKinney-Redmon
    Plaintiff

No. C-1-01-454

vs.

Aurora Loan Services, Inc.
    Defendant

Mediator:
Lawrence Ellerman , Esq.
225 E. 5th St. Suite 1900
Cincinnati, Ohio 45202

### NOTICE OF MEDIATION CONFERENCE

    This case has been referred for mediation and is hereby set for a settlement conference on Tuesday, January 13, 2004 at 1:00 p.m. Please report to the Clerk's Office, Room 324 of the Potter Stewart United States Courthouse, on the day of the conference for your room assignment.

    In order to maximize the likelihood of meaningful settlement negotiations at the conference, it is required that:

1. The trial attorney for each party, and the principal with settlement authority, must attend the settlement conference;

2. No later than two weeks prior to the conference, each plaintiff must submit to the mediator and to counsel for all opposing parties a fully documented, written settlement demand; and

1

3. No later than one week prior to the conference, each opposing party must provide to the mediator and to each opposing party a written response to each settlement demand, fully documenting that party's position.

Lack of discovery or settlement authority will not be accepted as an excuse for failure to negotiate. Failure to negotiate openly and knowledgeably about the case in a mutual effort to reach a fair and reasonable settlement may result in the imposition of sanctions.

All settlement discussions will be subject to Federal Evidence Rule 408.

In the event of an unavoidable scheduling conflict, please contact your mediator and all other counsel to agree upon a new date and time. Then notify Jan Lahley at (513) 564-7646 of any such change.

Assignment of a case to mediation in no way affects trial and pretrial settings already established by the Court.

JAMES BONINI,
CLERK