IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBBIE L. MCKINNEY-REDMON | : | Case No. 01CV454 |
| Plaintiff | : | |
| v. | : | **NOTICE OF DISMISSAL** |
| AURORA LOAN SERVICES, INC. | : | |
| Defendant | : | |

All matters having been amicably settled between the parties, this matter is hereby dismissed, with prejudice, at Plaintiff's costs.

s/ Timothy J. Deardorff
Timothy J. Deardorff (0006308)
Attorney for Plaintiff
2645 Erie Avenue, Suite 41
Cincinnati, Ohio 45208
(513) 872-7900/Fax: (513) 281-6760
E-Mail: tjdorff@aol.com

**CERTIFICATION**

I hereby certify that on 28th day of January, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffrey T. Kalniz, Attorney for Defendant, 2450 Edison Boulevard, P.O. Box 968, Twinsburg, Ohio 44087.

s/ Timothy J. Deardorff
Timothy J. Deardorff (0006308)
Attorney for Plaintiff
2645 Erie Avenue, Suite 41
Cincinnati, Ohio 45208
(513) 872-7900/Fax: (513) 281-6760
E-Mail: tjdorff@aol.com